MARK I. WRAIGHT (State Bar No. 228303)
mark.wraight@stinson.com
STINSON LLP
595 Market Street, Suite 2600
San Francisco, California 94105
Telephone: (415) 677-5630
Facsimile: (415) 956-0439

Attorneys for Defendant WEBBANK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE HARRIS,<br><br>        Plaintiff,<br><br>  vs.<br><br>WEBBANK,<br><br>        Defendant. | Case No. 3:26-cv-02812-RFL<br><br>**ANSWER TO COMPLAINT** |

For its Answer to Plaintiff Harris's Complaint, Defendant WebBank states as follows:

**GENERAL DENIAL**

Except as expressly admitted, WebBank denies every allegation in the Complaint.

**NATURE OF THE ACTION**

1.      Paragraph 1 contains legal conclusions to which no response is required. To the extent a response is required, WebBank denies the allegations in Paragraph 1.

**JURISDICTION AND VENUE**

2.      Paragraph 2 contains legal conclusions to which no response is required. To the extent a response is required, WebBank admits this court has subject matter jurisdiction.

3.      Paragraph 3 contains legal conclusions to which no response is required. To the extent a response is required, WebBank denies the allegations in Paragraph 3.

**PARTIES**

4.      WebBank lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4 and therefore denies them.

5.    WebBank denies the allegations in Paragraph 5. WebBank is a financial institution that maintains partnerships with various lending partners. In this instance, Plaintiff applied for a loan from Prosper Funding, LLC, ("Prosper") who is a lending partner of WebBank.

6.    WebBank denies the allegations in Paragraph 6. WebBank's principal place of business is in Salt Lake City, UT.

**FACTS SUPPORTING CAUSE OF ACTION**

7.    WebBank denies the allegations in Paragraph 7.

8.    WebBank denies the allegations in Paragraph 8.

9.    WebBank admits that its lending parter Prosper sent Plaintiff an adverse action letter providing the specific reasons for Plaintiff's credit denial.

10.    WebBank admits that the letter contains the language quoted in Paragraph 10. To the extent Paragraph 10 suggests the letter contains no further information providing the specific reasons for Plaintiff's credit denial, WebBank denies.

11.    Paragraph 11 contains legal conclusions to which no response is required. To the extent a response is required, WebBank denies the allegations in Paragraph 11.

12.    Paragraph 12 contains legal conclusions to which no response is required. To the extent a response is required, WebBank lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12 and therefore denies them.

**DAMAGES**

13.    Paragraph 13 contains legal conclusions to which no response is required. To the extent a response is required, WebBank lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13 and therefore denies them.

14.    Paragraph 14 contains legal conclusions to which no response is required. To the extent a response is required, WebBank lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14 and therefore denies them.

**CLASS ALLEGATIONS**

15.    Paragraph 15 does not contain any factual allegations to which a response is required. To the extent Paragraph 15 contains factual allegations, WebBank denies them.

WEBBANK'S ANSWER TO COMPLAINT

16. WebBank denies the allegations in Paragraph 16.

17. Paragraph 17 contains legal conclusions to which no response is required. To the extent a response is required, WebBank denies the allegations in Paragraph 17.

18. Paragraph 18 contains legal conclusions to which no response is required. To the extent a response is required, WebBank lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18 and therefore denies them.

19. Paragraph 19 contains legal conclusions to which no response is required. To the extent a response is required, WebBank lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19 and therefore denies them.

20. Paragraph 20 contains legal conclusions to which no response is required. To the extent a response is required, WebBank lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20 and therefore denies them.

21. Paragraph 21 contains legal conclusions to which no response is required. To the extent a response is required, WebBank denies the allegations in Paragraph 21.

22. Paragraph 22 contains legal conclusions to which no response is required. To the extent a response is required, WebBank lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22 and therefore denies them.

23. Paragraph 23 contains legal conclusions to which no response is required. To the extent a response is required, WebBank lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23 and therefore denies them.

24. Paragraph 24 contains legal conclusions to which no response is required. To the extent a response is required, WebBank lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24 and therefore denies them.

25. Paragraph 25 contains legal conclusions to which no response is required. To the extent a response is required, WebBank denies the allegations in Paragraph 25.

26. Paragraph 26 contains legal conclusions to which no response is required. To the extent a response is required, WebBank denies the allegations in Paragraph 26.

27. Paragraph 27 contains legal conclusions to which no response is required. To the

3

extent a response is required, WebBank lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27 and therefore denies them.

28.     Paragraph 28 contains legal conclusions to which no response is required. To the extent a response is required, WebBank denies the allegations in Paragraph 28.

29.     Paragraph 29 contains legal conclusions to which no response is required. To the extent a response is required, WebBank denies the allegations in Paragraph 29.

30.     Paragraph 30 contains legal conclusions to which no response is required. To the extent a response is required, WebBank denies the allegations in Paragraph 30.

31.     Paragraph 31 contains legal conclusions to which no response is required. To the extent a response is required, WebBank lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31 and therefore denies them.

32.     Paragraph 32 contains legal conclusions to which no response is required. To the extent a response is required, WebBank lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32 and therefore denies them.

## **CLAIMS FOR RELIEF**

33.     Paragraph 33 does not contain any factual allegations to which a response is required. To the extent Paragraph 33 contains factual allegations, WebBank denies them.

34.     Paragraph 34 contains legal conclusions to which no response is required. To the extent a response is required, WebBank denies the allegations in Paragraph 34.

35.     Paragraph 35 contains legal conclusions to which no response is required. To the extent a response is required, WebBank denies the allegations in Paragraph 35.

36.     Paragraph 36 contains legal conclusions to which no response is required. To the extent a response is required, WebBank denies the allegations in Paragraph 36.

37.     Paragraph 37 contains legal conclusions to which no response is required. To the extent a response is required, WebBank denies the allegations in Paragraph 37.

38.     Paragraph 38 contains legal conclusions to which no response is required. To the extent a response is required, WebBank denies the allegations in Paragraph 38.

39.     Paragraph 39 contains legal conclusions to which no response is required. To the

WEBBANK'S ANSWER TO COMPLAINT

extent a response is required, WebBank denies the allegations in Paragraph 39.

40.    Paragraph 40 contains legal conclusions to which no response is required. To the extent a response is required, WebBank denies the allegations in Paragraph 40.

41.    Paragraph 41 contains legal conclusions to which no response is required. To the extent a response is required, WebBank denies the allegations in Paragraph 41.

42.    Paragraph 42 contains legal conclusions to which no response is required. To the extent a response is required, WebBank denies the allegations in Paragraph 42.

43.    Paragraph 43 contains legal conclusions to which no response is required. To the extent a response is required, WebBank denies the allegations in Paragraph 43.

44.    Paragraph 44 contains legal conclusions to which no response is required. To the extent a response is required, WebBank denies the allegations in Paragraph 44.

WebBank denies the allegations in Plaintiff's Wherefore clause and prayer for relief and denies that Plaintiff is entitled to any of the requested relief.

**AFFIRMATIVE DEFENSES**

1.    Plaintiff has failed to state a claim upon which relief may be granted.

2.    Plaintiff lacks standing because he has no injury in fact.

3.    Plaintiff's claim is barred by contract, specifically, a binding arbitration agreement to arbitrate all claims arising from Plaintiff's loan application to Prosper. WebBank reserves the right to seek to compel arbitration.

4.    Plaintiff's claim is barred for failing to follow required dispute resolution procedures.

5.    WebBank has complied, in good faith, with all statues, rules, and regulations governing the subject matter of this lawsuit, thus precluding liability to Plaintiff.

6.    Plaintiff's claim is barred because any statutory violation (which WebBank denies) was the result of inadvertent error.

7.    Plaintiff's claim is barred by the doctrine of unclean hands.

8.    Plaintiff's claim is barred by the doctrines of consent, waiver, estoppel, and ratification.

9.     WebBank reserves the right to assert additional affirmative defenses that become available or apparent during discovery.

WHEREFORE, Defendant WebBank respectfully requests that the Court deny all relief requested by Plaintiff and enter judgment in WebBank's favor on its claim and that it be awarded its attorney's fees, costs, and disbursements in this action and such other and further relief as the Court deems just and proper.

DATED:  June 23, 2026                    STINSON LLP


By:     *__/s/ Mark I. Wraight__*
                   MARK I. WRAIGHT

Attorneys for Defendant WEBBANK

WEBBANK'S ANSWER TO COMPLAINT